UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

James Newago,

Plaintiff,

Civil No. 02-231 (RHK/AJB)

vs.

**ORDER**

Inland Paperboard and Packaging, Inc., sued as Inland Paperboard,

Defendant.

---

The above matter is now deemed ready for trial as of February 1, 2003.

Dated: December 10, 2002

RICHARD H. KYLE
United States District Judge

FILED DEC 10 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________