UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

James Newago,

Plaintiff,

vs.

Inland Paperboard,

Defendant.

**STIPULATION AND ORDER**

AJB

File No. 02-CV-231 (RHK/~~JMM~~)

**WHEREAS**, the plaintiff in this lawsuit made a claim for unemployment benefits through the Minnesota Department of Economic Security; and

**WHEREAS**, the parties wish to receive copies of all documents in plaintiff's unemployment file with the Department; and

**WHEREAS**, according to statute, the Minnesota Department of Economic Security will not release documents from unemployment files without a court order;

**IT IS HEREBY AGREED AND STIPULATED TO** by the parties, through their respective counsel, that the Court may sign this proposed order to allow the parties to obtain copies of plaintiff's unemployment file.

JUN 17 2002
FILED ____
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____

FOR THE PLAINTIFF:

Dated: 6/10/, 2002

GREENMAN & OSTROM

Mark A. Greenman, #228990
Ruth Y. Ostrom, #245641
270 Grain Exchange North
301 Fourth Avenue South
Minneapolis, MN 55415
tel.: 612/677-8300

MICHAEL LANDER, P.A.

Michael Lander
270 Grain Exchange North
301 Fourth Avenue South
Minneapolis, MN 55415
(612) 677-8300

5/29/02

FOR THE DEFENDANT:

BEST & FLANAGAN LLP

Frank Vogl (#113050)
225 South Sixth St., Suite 4000
Minneapolis, MN 55402-4331
(612) 339-7121

**ORDER**

Based on the foregoing Stipulation, **IT IS HEREBY ORDERED** that the Minnesota Department of Economic Security shall, upon request by either party in this lawsuit, release all documents that relate or pertain to James Newago's claim for unemployment benefits.

~~John M. Mason~~ Arthur J. Boylan
Magistrate Judge of U.S. District Court

6/17/02
Dated