**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

Case Type: Employment

Civil File No.: 02-CV-231 (RHK/AJB)

James Newago,

Plaintiff,

v.

Inland Paperboard and Packaging, Inc.,

Defendant.

**STIPULATION AND ORDER**

**WHEREAS,** the Plaintiff in this lawsuit has made a claim for disability benefits to the United States Social Security Administration ("Social Security Administration"); and

**WHEREAS,** the Plaintiff hereby consents to the release to Defendants of all of the records, including, without limitation, his medical records, in any manner related to his claim for disability benefits with the Social Security Administration; and

**WHEREAS,** the parties wish to receive copies of all documents in Plaintiff's file with the Social Security Administration including, without limitation, all medical records; and

**WHEREAS,** the Social Security Administration may not release all of the documents in the Plaintiff's file without a Court order;

**IT IS HEREBY AGREED AND STIPULATED TO** by the parties, through their respective counsel, that the Court may sign this proposed order to allow the parties to obtain copies of all of the Plaintiff's file with the Social Security Administration.

AUG 2 0 2002
FILED_____
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD_____
DEPUTY CLERK_____

FOR THE PLAINTIFF:

Dated: August 19, 2002

GREEN & OSTROM

By ____________________
Mark A. Greenman, #228990
Ruth Y. Ostrom, #245641
270 Grain Exchange North
301 Fourth Avenue South
Minneapolis, MN 55415
(612) 677-8300

MICHAEL LANDER, P.A.

By ____________________
Michael Lander
270 Grain Exchange North
301 Fourth Avenue South
Minneapolis, MN 55415
(612) 677-8300

FOR THE DEFENDANT:

Dated: August 15, 2002

BEST & FLANAGAN LLP

By ____________________
Frank Vogl, #013050
225 South Sixth Street, Ste. 4000
Minneapolis, MN 55402
(612) 339-7121

**ORDER**

Based on the foregoing Stipulation, **IT IS HEREBY ORDERED** that the United States Social Security Administration shall, upon the request of either party in this lawsuit, release all documents, including without limitation, all medical records, that relate or pertain to Plaintiff James Newago's claim for benefits with the Social Security Administration.

Dated: 8/20, 2002

BY THE COURT:

Arthur J. Boylan
Magistrate Judge of U.S. District Court

13048/203269/203629