**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

---

JAMES NEWAGO,

Plaintiff,

v.

INLAND PAPERBOARD AND PACKAGING, INC.,

Defendants.

Civil No. 02-0231 RHK/AJB

**ORDER**

---

The above matter came before the Court on Defendant's Motion to Amend Pretrial Scheduling Order. A hearing was held on September 16, 2002 at the U. S. Courthouse, 316 Robert St., St. Paul, MN 55101. Frank Vogel, Esq., appeared on behalf Defendant Inland Paperboard and Packaging, Inc., and Ruth Y. Ostrom, Esq., appcarcd on behalf of Plaintiff James Newago. Based on the file, affidavits, memoranda and arguments of counsel,

**IT IS HEREBY ORDERED THAT** Defendant's Motion to Amend Pretrial Scheduling Order is **granted in part and denied in part** [Docket No. 21].

The motion is **denied** insofar as:

1. The date for service and filing of dispositive motions remains January 15, 2003, as provided in the original Pretrial Scheduling Order dated April 18, 2002 [Docket No. 11].

2. The case shall be ready for trial on March 1, 2003, the date set forth in the original Pretrial Scheduling Order dated April 18, 2002 [Docket No. 11].

3. All factual discovery shall be completed on or before November 1, 2002.

4. Each side is limited to two expert witnesses.

FILED SEP 17 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

The motion is **granted** insofar as a new schedule for expert identification and reports is set forth below:

1. Plaintiff shall disclose the identity of its experts on or before September 17, 2002.

2. Plaintiff shall provide its experts reports on or before October 4, 2002.

3. Defendant shall disclose the identity of its experts on or before November 1, 2002.

4. Defendant shall provide its experts reports on or before November 15, 2002.

5. All rebuttal expert identifications and reports shall be served on or before December 1, 2002.

Dated: September 17, 2002

Arthur J. Boylan
United States Magistrate Judge